Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

David R. Bennett
(Admitted Pro Hac Vice)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

Attorneys for Plaintiff Magnacross LLC

John B. Sganga, Jr. (SBN 116,211)
John.Sganga@knobbe.com
Brian C. Claassen (SBN 253,627)
Brian.Claassen@knobbe.com
Brandon G. Smith (SBN 307,676)
Brandon.Smith@knobbe.com
Eric R. Malmgren (SBN 323,859)
Eric.Malmgren@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
Attorneys for Defendant Monoprice, Inc.

JS6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAGNACROSS LLC,**<br><br>Plaintiff, | PATENT<br><br>Case No. 2:19-cv-09402-PSG-RAO |

| | |
|---|---|
| v.<br><br>**MONOPRICE, INC.,**<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE ; ORDER**<br><br>Honorable Philip S. Gutierrez |

Plaintiff Magnacross LLC and Defendant Monoprice, Inc., pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted,

July 22, 2020

/s/ *Kirk. J. Anderson*
Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

David R. Bennett
(Admitted Pro Hac Vice)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

Attorneys for Plaintiff Magnacross LLC

**IT IS SO ORDERD.**

**BY:** [signature]
**Philip S. Gutierrez**

**Date: 7/23/2020**

*By: /s/ Brian C. Claassen (with permission)*

John B. Sganga, Jr.
Brian C. Claassen
Brandon G. Smith
Eric R. Malmgren

Attorneys for Defendant Monoprice, Inc.